# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO.  1:04CV213

PATRICIA C. COLVIN,          )
                              )
              Plaintiff,          )
                              )
        Vs.          )          **J U D G M E N T**
                              )
JO ANN B. BARNHART,          )
**Commissioner of Social Security,**          )
                              )
            Defendant.          )
                              )

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the

Plaintiff's motion for summary judgment is **ALLOWED**; the Defendant's

motion for summary judgment is **DENIED**; the decision of the Commissioner

denying Social Security benefits to the Plaintiff is **REVERSED**; and this matter

is hereby **REMANDED** to the Commissioner for further proceedings consistent

with this opinion.

**Signed: November 7, 2005**

Lacy H. Thornburg
United States District Judge